IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

POWER MECHANICAL, INC.,

      Plaintiff,

v.

VISTACARE, LLC
(d/b/a NEW VISTA NURSING & REHABILITATION CENTER),

and

SOLOMAN WEINBERG,

      Defendant.

Case No.: _____

SERVE:    VISTACARE, LLC
c/o ESSCARE MANAGEMENT, Registered Agent
300 BROADWAY
NEWARK, NEW JERSEY 07104

            SOLOMAN WEINBERG
300 BROADWAY
NEWARK, NEW JERSEY 07104

## COMPLAINT

COMES NOW Plaintiff, Power Mechanical, Inc. ("Plaintiff"), by counsel, as and for their Complaint, herein allege as follows:

## PARTIES

1. POWER MECHANICAL, INC., was and is a boiler manufacturer and rental company, organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business located at 4811 Commerce Drive, Newport News, Virginia 23607, and at all times relevant, was duly authorized to conduct business in the Commonwealth of Virginia.

2. At all times relevant, VISTACARE, LLC (d/b/a NEW VISTA NURSING & REHABILITATION CENTER (hereinafter "New Vista Nursing"), was and is a New Jersey state corporation, organized and existing under the laws of the State of New Jersey, with its principal executive office in Newark, New Jersey.

3. At all times relevant, SOLOMAN WEINBERG (hereinafter "Weinberg"), an individual, was and is the Project Manager at New Vista Nursing, and executed a personal guarantee for the subject contract.

4. New Vista Nursing and Weinberg shall collectively be referred to as the Defendants.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C § 1332 because the amount in controversy exceeds $75,000.00 and the matter involves citizens of different states within the United States, namely Virginia and New Jersey.

6. The Court has personal jurisdiction over Defendants pursuant to Virginia Code § 8.01-328.1 because business was transacted in Virginia, and the parties agreed to Newport News, Virginia as the appropriate venue for any disputes.

## BREACH OF CONTRACT

7. On or about April 28, 2025, Defendants signed a written contract committing to rent Plaintiff's equipment for a minimum of one (1) month which also included a personal guarantee executed by Soloman. See, Contract, attached hereto as Exhibit A.

8. The following equipment was to be provided pursuant to the contract: i) 400 Ton Air-Cooled Chiller, 55/45F, 480V, 600 FLA; ii) 150' of 6" Supply Hose; iii) 150' of 6" Return Hose; and iv) 150' of Power Cord.

9.      The minimum cost to rent the equipment was $24,520.00 per month. There were additional one (1) time charges that included freight in the amount of $3,950.00 and start-up in the amount of $34,982.47.

10.     Pursuant to the contract, Defendants agreed to pay for all materials and services within thirty (30) days from the date of billing.

11.     On July 8, 2025, Plaintiff sent email correspondence to Defendants requesting that they pay two (2) open invoices: one (1) for $7,412.50 and one (1) for $29,236.59.

12.     On July 24, 2025, Plaintiff sent email correspondence to Defendants requesting that they pay the aforementioned open invoices as well as two (2) additional open invoices: one (1) for $34,982.47 and one (1) for $24,726.35.

13.     On October 24, 2025, Plaintiff sent a formal demand letter for the outstanding amount of $175,564.33.

14.     Although Defendant returned the equipment on November 4, 2025, no payments have been made towards the outstanding balance.

WHEREFORE Plaintiff demands judgement against Defendants in the amount of One Hundred Seventy Five Thousand, Five Hundred Sixty Four, and Thirty Three Cents ($175,564.33), together with interest and/or the service charge of 2.00% per month from August 17, 2025, court costs in the amount of $296.00, reasonable attorney's fees, and any such other and further relief as this Court deems necessary and just.

**The remainder of this page left blank intentionally.**

**Endorsement on the following page:**

POWER MECHANICAL

Of Counsel

Ameet I. Habib, Esquire (VSB No. 74096)
Wolcott Rivers Gates
4417 Corporation Lane, Suite 400
Virginia Beach, Virginia 23462
Telephone: (757) 497-6633
Facsimile: (757) 497-7267
ahabib@wolriv.com
*Counsel for Plaintiff*